UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-cr-226-MOC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MICHAEL DONTE REDMOND, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's Unopposed Motion for Early Termination of Probation/Supervised Release, filed through counsel. (Doc. No. 107).

In support, Defendant shows that: on December 23, 2015, Defendant was sentenced to 60 months' imprisonment and three years of supervised release. Defendant was released to a halfway house on October 30, 2018, and complied with all conditions of the halfway house. Defendant began his supervised release term on February 27, 2019. Defendant has completed over a year and just over two-thirds of his term of supervision. Defendant has complied with all terms and conditions of his supervised release. Defendant has performed well from the moment he was released to the halfway house. He successfully completed the Third Stage of the Residential Drug Abuse Program. He has been gainfully employed since November 1, 2018, maintained a stable residence, and has proven he can be financially stable through employment and making sound financial decisions. Recently, he obtained his Class A CDL and currently works as a truck driver and has received high praise from his current employer. (Gov't Ex. A). Defendant has also planted seeds for "Sounds Like a Plan," a mentoring program that will target at-risk boys and young men.

Defendant contends that early termination from supervision would allow him the flexibility to take on additional positions at his job that require him to travel more frequently. In addition, Defendant is taking steps to start his own trucking business and become an owner/operator and will need to travel across the country to promote his budding business. Defendant asserts that early termination of his supervised release comports with the language and spirit of 18 U.S.C. § 3583(e) and would serve the interests of justice while freeing up precious resources of the United States Probation Office. Finally, Defendant asserts that neither the Government nor probation object to early termination of Defendant's term of supervised release.

Finding that Defendant has shown that he is an excellent candidate for early termination of probation/supervised release, the Court will grant Defendant's motion.

## ORDER

**IT IS HEREBY ORDERED** that Defendant's Unopposed Motion for Early Termination of Supervision (Doc. No. 107) is **GRANTED**.

Signed: March 30, 2021

Max O. Cogburn Jr
United States District Judge